IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,

    v.

WELLS FARGO BANK, ET AL,

    Defendants.

No. C 11-00194 JSW

**ORDER TO SHOW CAUSE**

On January 5, 2011, Plaintiffs Benjamin F. Reed, Sr. and Irma M. Reed filed a complaint in the Superior Court for the County of San Francisco, alleging causes of action for injunctive relief, financial elder abuse, unfair business practices, accounting, and breach of contract. Defendant Wachovia Mortgage removed the action to this Court on January 13, 2011. Defendant Wachovia Mortgage has filed a motion to dismiss all causes of action in the complaint and noticed the motion for hearing on March 11, 2011. Plaintiffs' opposition brief or statement of non-opposition was due by February 18, 2011. Plaintiffs have not filed any opposition or response to the motion to dismiss.

Plaintiffs Benjamin Reed and Irma Reed are HEREBY ORDERED TO SHOW CAUSE in writing, by March 31, 2011, why the motion to dismiss pending against them should not be granted in light of Plaintiffs' failure to file a timely opposition or statement of non-opposition. Plaintiffs' failure to file a timely response to this show cause Order will result in a dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

In light of the foregoing, the March 11, 2011 hearing on Defendant's motion to dismiss is VACATED. The hearing will be reset by the Court in a separate order if necessary.

**IT IS SO ORDERED.**

Dated: March 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE