IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,                                No. C 11-00194 JSW

  v.

WELLS FARGO BANK, ET AL,           **ORDER VACATING HEARING**

    Defendants.
                                             /

       The motion to dismiss filed by defendant Wells Fargo Bank, N.A ("Wells Fargo"), as the successor in interest to Wachovia Mortgage FSB is set for hearing on June 17, 2011. This motion is fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 17, 2011 is HEREBY VACATED. The Court shall issue a ruling in due course.

       **IT IS SO ORDERED.**

Dated: June 15, 2011

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE