1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   BENJAMIN F. REED, SR., ET AL,

10          Plaintiffs,                        No. C 11-00194 JSW

11      v.

12   WELLS FARGO BANK, ET AL,            **SECOND ORDER TO SHOW**
                                         **CAUSE**
13          Defendants.
    _____/
14
15          This matter is set for a hearing on October 14, 2011 on Defendants' motion to dismiss.

16   Pursuant to Local Civil Rule of the Northern District 7-3, Plaintiffs' opposition or statement of

17   non-opposition to this motion was due to be filed and served by August 16, 2011, fourteen days

18   after Defendants' filed their motion to dismiss.  To date, Plaintiff has not filed an opposition or

19   statement of non-opposition.  The Court notes that this is the *second* order to show cause issued

20   by this Court due to the Plaintiffs' failure to timely respond to a motion to dismiss.

21          Plaintiffs are HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by no later

22   than September 16, 2011, why the pending motion to dismiss should not be granted in light of

23   their failure to file a timely opposition or statement of non-opposition.  If Plaintiffs seek to file a

24   substantive response to Defendants' motion, Plaintiffs must demonstrate good cause for failing

25   to file their opposition brief in a timely fashion.  Moreover, in their response to this OSC,

26   Plaintiffs are also directed to show cause why their claims should not be dismissed for failure to

27   prosecute.  Plaintiffs are admonished that their failure to respond this Order by September 16,

28   2011, will result in a dismissal of their claims.

**United States District Court**
For the Northern District of California

If Plaintiffs seek to file a substantive response to Defendants' motion and demonstrates good cause for their delay, the Court will provide Defendants an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: September 9, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2