IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,

v.

WELLS FARGO BANK, ET AL,

    Defendants.

No. C 11-00194 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received Plaintiffs' response to the order to show cause and HEREBY DISCHARGES the order to show cause dated September 9, 2011. Plaintiffs shall file their opposition to Defendants' motion to dismiss by no later than September 19, 2011. Defendants shall file their reply in support of their motion to dismiss, if any, by no later than September 26, 2011.

    **IT IS SO ORDERED.**

Dated: September 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE