IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,

    v.

WELLS FARGO BANK, ET AL,

    Defendants.

No. C 11-00194 JSW

**ORDER DISCHARGING THIRD ORDER TO SHOW CAUSE**

    The Court has received Plaintiffs' response to the third order to show cause and HEREBY DISCHARGES the order to show cause dated October 12, 2011. Plaintiffs shall file their opposition to Defendants' motion to dissolve the preliminary injunction by no later than October 31, 2011. Defendants shall file their reply in support of their motion to dismiss, if any, by no later than November 7, 2011. The hearing on Defendants' motion to dissolve the preliminary injunction is CONTINUED to February 10, 2012 at 9:00 a.m., the Court's next open hearing date. The Court FURTHER ORDERS that the case management conference is continued to February 10, 2012, immediately following the motion to dissolve the preliminary injunction.

    **IT IS SO ORDERED.**

Dated: October 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE