IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,                                        No. C 11-00194 JSW

  v.

WELLS FARGO BANK, ET AL,                  **ORDER OF ADMONISHMENT**

    Defendants.
_____/

       This matter is set for a hearing on February 10, 2012 on Defendants' motion to dismiss Plaintiffs' Second Amended Complaint. Pursuant to Local Civil Rule of the Northern District 7-3, Plaintiffs' opposition or statement of non-opposition to this motion is due to be filed and served by December 5, 2011, fourteen days after Defendants' filed their motion. In light of Plaintiffs' repeated failures to file oppositions to Defendants' motions on time, the Court HEREBY ADMONISHES Plaintiffs that the Court will not accept or consider any opposition to Defendants' motion to dismiss filed after December 5, 2011.

       **IT IS SO ORDERED.**

Dated: November 28, 2011

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE