**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. REED, SR., ET AL, | |
| Plaintiffs, | No. C 11-00194 JSW |
| v. | |
| WELLS FARGO BANK, ET AL, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS THIRD AMENDED COMPLAINT** |
| Defendants. | |

This matter is set for a hearing on May 5, 2012 on the motion to dismiss filed by NDeX West, LLC ("NDeX") and on May 25, 2012 on the motion to dismiss filed by Wells Fargo Bank, N.A ("Wells Fargo"), as the successor in interest to Wachovia Mortgage FSB. So that the Court may hear both of these motions on the same day, the Court HEREBY CONTINUES the hearings on both motions to June 8, 2012. This Order does not alter the briefing schedule set by the Local Civil Rules. Pursuant to Local Civil Rule of the Northern District 7-3, Plaintiffs' opposition or statement of non-opposition to NDeX's motion is due to be filed and served by March 20, 2012 and Plaintiffs' opposition or statement of non-opposition to Wells Fargo's motion is due to be filed and served by March 28, 2012. In light of Plaintiffs' repeated failures to file oppositions to Defendants' motions on time, the Court HEREBY ADMONISHES Plaintiffs that the Court will not accept or consider any opposition to Defendants' motions to dismiss filed after these respective dates. The Court notes that Wells Fargo's motion to dissolve

///

///

1 the preliminary injunction is still outstanding. The Court will address the motion to dissolve the
2 preliminary injunction in conjunction with the pending motions to dismiss.
3     **IT IS SO ORDERED.**

5 Dated: March 16, 2012

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE