IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,

  v.

WELLS FARGO BANK, ET AL,

    Defendants.

No. C 11-00194 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO SUBMIT PROPOSED DATES**

The Court has received and considered the parties' Joint Case Management Statement, and it finds paragraph 17 insufficient. The Court CONTINUES the case management conference from June 22, 2012 to July 13, 2012. The parties shall submit an updated Joint Case Management statement that includes all dates required under Paragraph 17 of Standing Order for all District Judges of the Northern District of California re Contents of Joint Case Management Conference Statement.

**IT IS SO ORDERED.**

Dated: June 18, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE