UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 JSW (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON DISCOVERY DISPUTE** |
| v. | |
| WELLS FARGO BANK ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Defendant Wells Fargo's July 3, 2012 letter regarding its motion to compel discovery. Doc. no. 81. As an initial matter, the court notes that Wells Fargo does not adequately explain why a joint letter could not be filed, or whether Wells Fargo attempted to meet and confer with Plaintiffs' counsel, after the court issued its Notice of Reference and Order Re Discovery Procedures on July 3, 2012, which set a deadline of July 12, 2012 for a joint letter brief from the parties. Counsel for Wells Fargo is therefore ordered to meet and confer with Plaintiffs' counsel regarding the present discovery dispute, and file a letter to the court with an update on the meet and confer process by no later than **July 16, 2012.**

A hearing on the discovery dispute raised in Wells Fargo's July 3, 2012 letter is set for **July 26, 2012** at **11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at

http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: July 6, 2012

DONNA M. RYU
United States Magistrate Judge