**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN F. REED, SR., ET AL,

    Plaintiffs,

    v.

WELLS FARGO BANK, ET AL,

    Defendants.

No. C 11-00194 JSW

**ORDER OF DISMISSAL**

On June 7, 2012, this Court issued an order granting a motion to dismiss filed by defendant NDeX WEST, LLC ("NDeX"). The Court provided Plaintiffs until June 29, 2012 to file an amended complaint against NDeX. To date, Plaintiffs have not filed an amended complaint against NDeX. Accordingly, NDeX is dismissed from this action.

**IT IS SO ORDERED.**

Dated: July 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE