**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

REED ET AL,                                                    No. C-11-00194 DMR

11                    Plaintiffs,                               **ORDER RE AUGUST 24, 2012 JOINT
                                                                DISCOVERY LETTER AND SETTING
              v.                                                PHONE CONFERENCE**

12

WELLS FARGO BANK ET AL,

13

                    Defendants.

14    _____/

15

16          On July 26, 2012, the court held a hearing on the parties' July 16, 2012 joint discovery letter.

17   Following the hearing, the court ordered Plaintiffs to respond to discovery propounded by Defendant

18   by no later than August 10, 2012 and ordered the parties to exchange initial disclosures pursuant to

19   Federal Rule of Civil Procedure 26 by August 6, 2012.  [Docket No. 95.]  The court is in receipt of

20   the parties' August 24, 2012 joint letter, in which Plaintiffs confirmed that they did not comply with

21   the court's order to respond to discovery by August 10, 2012.  [Docket No. 96.]

22          As it is not clear whether Plaintiffs have now provided responses to the discovery at issue,

23   Plaintiffs are ordered to submit a statement **by no later than September 4, 2012** confirming that

24   they have provided complete and comprehensive responses to Defendant's discovery and that they

25   have produced their initial disclosures.  If Plaintiffs have not yet done so, they are ordered to provide

26   complete and comprehensive responses to Defendant's discovery and to produce initial disclosures

27   **by no later than 5:00 p.m. on September 4, 2012** and to submit a statement to the court confirming

28   the same.

**United States District Court**
For the Northern District of California

1     IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic

2     conference with the undersigned on **September 7, 2012 at 10:30 a.m.** regarding sanctions.  Counsel

3     for Defendant shall initiate the three-way conference call to the court as follows: (1) by first calling

4     counsel for Plaintiff; and then (2) with all counsel on the line, calling (510) 637-1007, five minutes

5     prior to the scheduled start time.

6

7     IT IS SO ORDERED.

8

9    Dated:  August 31, 2012

10                            DONNA M. Ryu

                                 United States Magistrate Judge

IT IS SO ORDERED

*Donna M. Ryu*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2