UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

BENJAMIN F. REED, SR., et al.,
    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,
    Defendants.

No. C 11-0194 DMR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: October 11, 2012
Mediator: Zela Claiborne

    IT IS HEREBY ORDERED that the request to excuse defendant Wells Fargo Bank, N.A.'s client representative, Johnathan Collins, from personal attendance at the October 11, 2012, mediation before Zela Claiborne is GRANTED. Mr. Collins shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 14, 2012      By: _Elizabeth D. Laporte_
Dated                                             Elizabeth D. Laporte
                                                    United States Magistrate Judge