Ralph A. Kerstetter (S.B. #88525)
KERSTETTER LAW GROUP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Phone (415) 462-1966
Fax (866) 259-6762

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN F. REED, SR., an individual; and IRMA M. REED, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, a national banking association; NDEX WEST, LLC; a limited liability company; and DOES 1 to 10,<br><br>Defendants. | Case No. C 11-00194 DMR<br><br>APPLICATION [AND ~~PROPOSED~~ ORDER] FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>Hearing date: TBD<br>Hearing time: TBD<br>Judge Donna M. Ryu<br>Courtroom 11 |

TO THE COURT AND TO ALL PARTIES OF RECORD IN THIS ACTION:

1. The undersigned IRMA M. REED, the spouse of plaintiff BENJAMIN F. REED, SR., hereby applies to the Court to be appointed his guardian ad litem in this action.

2. BENJAMIN F. REED, SR., is an incompetent person, having suffered a severely debilitating stroke, and is unable to handle his affairs.

3. This lawsuit is entirely related to a dispute with the named defendants over marital community property owned by Plaintiff BENJAMIN F. REED, SR., and me. Under California law I am the sole competent person with the power to manage and control such community property, and have been prosecuting this lawsuit on behalf of us both. I will continue to do so with the goal of maximizing the benefit to our marital community estate, and to each of us. I am the person who is the primary caretaker of my husband, BENJAMIN

KERSTETTER LAW GROUP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Phone (415) 462-1966

- 1 –
APPLICATION [AND PROPOSED ORDER] FOR
APPOINTMENT OF GUARDIAN AD LITEM

M. REED, SR., and am acting to preserve our family home where he resides.

4. I am fully competent and qualified to understand and protect the rights of my husband, BENJAMIN F. REED, SR., and because the action relates solely to marital community assets over which I have sole legal control and authority, and my intent and desire to prosecute this action for the maximum benefit of the marital community estate, and to provide a stable home to my husband, I have no adverse interests to my husband.

5. I consent to my appointment as the guardian ad litem of plaintiff BENJAMIN F. REED, SR. in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of March 2013 at San Francisco, California.


*/s/ Irma M. Reed*

Irma M. Reed


Respectfully submitted,


DATED: March 6, 2013    */s/ Ralph A. Kerstetter*
_____
Ralph A. Kerstetter
KERSTETTER LAW GROUP
counsel for Plaintiffs

**KERSTETTER LAW GROUP**
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Phone (415) 462-1966

– 2 –
APPLICATION [AND PROPOSED ORDER] FOR
APPOINTMENT OF GUARDIAN AD LITEM

1

2  ORDER;

3  The Court finds that it is reasonable and necessary to appoint a guardian ad litem for

4  plaintiff BENJAMIN F. REED, SR., in this action, as requested in this application. The

5  Court orders that IRMA M. REED is hereby appointed as the guardian ad litem for

6  plaintiff BENJAMIN F. REED, SR., for this action.

7

8  IT IS SO ORDERED.

9

10  March 27, 2013

11  _____
    Magistrate Judge Donna M. Ryu

12

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Donna M. Ryu]

KERSTETTER LAW GROUP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Phone (415) 462-1966

28

- 3 –
APPLICATION [AND PROPOSED ORDER] FOR
APPOINTMENT OF GUARDIAN AD LITEM