UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT JOINT STATEMENT OF UNDISPUTED FACTS** |
| v. | |
| WELLS FARGO BANK ET AL, | |
| Defendant(s). | |

On April 4, 2013, Defendant Wells Fargo Bank filed a motion for summary judgment or partial summary judgment (Docket No. 112) but did not file a joint statement of undisputed material facts with the motion. Pursuant to this court's Standing Order (*see* Docket No. 94), motions for summary judgment **shall** be accompanied by a joint statement of the material facts not in dispute by citations to admissible evidence. Accordingly, **the parties are hereby ordered to file a joint statement of undisputed facts** by no later than the deadline for Plaintiffs to file their opposition to Defendant's motion. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: April 5, 2013

DONNA M. RYU
United States Magistrate Judge