UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
| v. | |
| WELLS FARGO BANK ET AL, | |
| Defendant(s). | |

The court has reviewed the parties' joint status report. [Docket No. 119.] The parties are hereby ordered to file a status report regarding the settlement of this matter by no later than May 31, 2013, unless a dismissal is filed before then.

IT IS SO ORDERED.

Dated: May 15, 2013

DONNA M. RYU
United States Magistrate Judge