United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REED ET AL,

        Plaintiff(s),

    v.

WELLS FARGO BANK ET AL,

        Defendant(s).
_____/

No. C-11-00194 DMR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The court is in receipt of the parties' joint status report regarding the settlement of this action. [Docket No. 121.] The Case Management Conference previously scheduled for June 4, 2013 has been VACATED. The parties shall submit a status report regarding the settlement of this matter **by no later than June 28, 2013**, unless a dismissal is filed before then. Any status report shall set forth in detail the estimated timeline for completion of the settlement documentation.

IT IS SO ORDERED.

Dated: June 4, 2013

_____
DONNA M. RYU
United States Magistrate Judge