UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 DMR |
| Plaintiff(s), | **ORDER VACATING PRETRIAL AND TRIAL SCHEDULE** |
| v. | |
| WELLS FARGO BANK ET AL, | |
| Defendant(s). | |

The court has reviewed the parties' July 9, 2013 Joint Status Report. [Docket No. 123.] In light of the parties' representations that they have agreed to the terms of a full settlement of this case, the court hereby vacates all further dates set in this matter. The parties shall submit a joint status report regarding the settlement by no later than **August 9, 2013.**

IT IS SO ORDERED.

Dated: July 9, 2013



DONNA M. RYU
United States Magistrate Judge