UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 DMR |
|     Plaintiffs, | **ORDER TO SUBMIT STATUS REPORT** |
|     v. | |
| WELLS FARGO BANK ET AL, | |
|     Defendants. | |

The court has reviewed the parties' August 12, 2013 Joint Status Report. [Docket No. 125.] The parties shall submit a joint status report regarding the status of the settlement of this action by no later than **August 30, 2013.**

IT IS SO ORDERED.

Dated: August 13, 2013

_____
DONNA M. RYU
United States Magistrate Judge