UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REED ET AL,                                         No. C-11-00194 DMR

        Plaintiffs,                        **ORDER TO SHOW CAUSE**

    v.

WELLS FARGO BANK ET AL,

        Defendants.
_____/

     On April 17, 2013, the parties submitted a stipulation indicating that they had agreed to a full settlement of this matter and requesting the suspension of all briefing and hearing dates. [Docket No. 116.] The court granted the stipulation, vacated the briefing and hearing schedule on Defendant's pending motion for summary judgment, and ordered the parties to submit a status report by May 3, 2013. [Docket No. 117.] The parties submitted a status report ten days late. [Docket No. 119.] The court subsequently ordered the parties to submit a further status report by May 31, 2013. [Docket No. 120.] The parties were again late in submitting their status report, [Docket No. 121], and filed the next two status reports several days late. [*See* Docket Nos. 123, 125.] On August 13, 2013, the court ordered the parties to submit a status report by August 30, 2013. [Docket No. 126.] No status report has been filed to date.

1  Accordingly, **by no later than September 12, 2013**, the parties shall each show cause why
2  they should not be sanctioned for their repeated failure to comply with court-ordered deadlines.
3  Plaintiffs and Defendant shall submit separate responses to this order to show cause.

5  IT IS SO ORDERED.

7  Dated:  September 5, 2013



_____
DONNA M. RYU
United States Magistrate Judge