United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 DMR |
|       Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
|     v. | |
| WELLS FARGO BANK ET AL, | |
|       Defendants. | |

On September 5, 2013, the court issued an order to show cause why the parties should not be sanctioned for their repeated failure to comply with court-ordered deadlines. [Docket No. 127.] The court has reviewed the parties' submissions and hereby discharges the order to show cause. **By no later than October 2, 2013**, the parties shall submit a status report regarding the status of settlement. Any failure to comply with this or any future court-ordered deadline will result in sanctions.

IT IS SO ORDERED.

Dated: September 5, 2013

DONNA M. RYU
United States Magistrate Judge