United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REED ET AL, | No. C-11-00194 DMR |
| Plaintiffs, | **ORDER TO FILE UPDATED STATUS REPORT** |
| v. | |
| WELLS FARGO BANK ET AL, | |
| Defendants. _____/ | |

The court has received the parties' October 2, 2013 joint status report. [Docket No. 131.] The parties shall submit an updated status report regarding the status of settlement by no later than October 31, 2013, unless they have filed a request for dismissal before that date.

IT IS SO ORDERED.

Dated: October 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge